IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Lyndon B. Joyner, | ) | C.A. No. 4:08-2563-TLW-TER |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| GE Healthcare, et. al, | ) | |
| Defendants. | ) | |

The Plaintiff brought this civil action arising out of the termination of his employment with Defendant GE Healthcare. On October 24, 2008, Defendants filed a motion to dismiss and petition to compel arbitration and stay proceedings.

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed June 26, 2009, by United States Magistrate Judge Tom Rogers, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge Rogers recommends that the Defendants' motion be granted and that this case be dismissed. The Plaintiff has not objected to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th

1

Cir. 1983).

In light of this standard, the Court has carefully reviewed the Report and has concluded that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 41), the Defendants' motion is **GRANTED** (Doc. # 22), and this case is dismissed.

**IT IS SO ORDERED.**

                                                                S/ Terry L. Wooten
                                                             **TERRY L. WOOTEN**
                                            **UNITED STATES DISTRICT JUDGE**

September 18, 2009
Florence, South Carolina